AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>___Diane Blake___<br>Defendant | )<br>)<br>)  Case No. 1:19-mj-6087-MPK<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 3/29/2019

___Diane Blake___
Defendant's signature

___[signature]___
Signature of defendant's attorney

___Stephen H. Sutro (CBN 172168)___
Printed name and bar number of defendant's attorney

___One Market, Spear Tower, SF, CA 94105___
Address of defendant's attorney

___shsutro@duanemorris.com___
E-mail address of defendant's attorney

___415-957-3000___
Telephone number of defendant's attorney

___415-957-3001___
FAX number of defendant's attorney